IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LESLIE ANN WILLIAMS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:18-CV-1413-L-BN** |
| | § | |
| **N. JUDE MENES,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

This case was referred for screening to United States Magistrate Judge David L. Horan, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 3, 2018, recommending that the court dismiss without prejudice the action, pursuant to Federal Rule of Civil Procedure 12(h)(3), for lack of subject matter jurisdiction. No objections were filed to the Report.

Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action, pursuant to Federal Rule of Civil Procedure 12(h)(3), for lack of subject matter jurisdiction. Further, the clerk is **directed** to terminate all pending motions.

**It is so ordered** this 9th day of August, 2018.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**

**Order – Solo Page**